**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1765**

DEBBIE COGHILL,

                Plaintiff - Appellant,

      v.

BOARD OF EDUCATION FOR PRINCE GEORGE'S COUNTY,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:14-cv-02767-GJH)

Submitted: November 21, 2017                Decided: November 27, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Debbie Coghill, Appellant Pro Se. Lindsay A. Freedman, Linda Hitt Thatcher, Wayne Bennett Wiseman, THATCHER LAW FIRM, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debbie Coghill appeals from the district court's orders granting the Board of Education for Prince George's County summary judgment on her claims brought pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2012), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coghill v. Board of Educ. for Prince George's Cty.*, No. 8:14-cv-02767-GJH (D. Md. Mar. 17, 2017; filed June 23, 2017 & entered June 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
